152

## FERGUSON v. SWOPE, Warden.

Circuit Court of Appeals, Ninth Circuit.
Jan. 17, 1940.

———◆———

I. W. Ferguson, in pro. per.
No other appearance entered.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Petitioner seeks leave to proceed in this court in forma pauperis upon a petition filed herein for writ of habeas corpus. The application here is without merit for the reason that this court can only issue writs of habeas corpus in aid of its appellate jurisdiction. The application should be made in the first instance to the United States District Court.

Petition denied.